UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-42-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF ADMISSION |
| | ) | SUBJECT TO SHOWING |
| MICHAEL LEE LANIER, | ) | OF RELEVANCE |
| DEFENDANT | ) | |

Upon motion of the Government, and pursuant to Fed. R. Evid. 902(11), extrinsic evidence of authenticity as a condition precedent to admissibility is not required for the following pieces of evidence in this case:

(1) relevant auto dealer licensing records obtained from the North Carolina Department of Motor Vehicles (NC DMV) pertaining to the defendant's work activities in connection with Little T's Auto Sales, Pink Hill, NC, and T&K Auto Sales, Inc., Jacksonville, NC, as described in Counts One, Three, Five, and seven of the Indictment;

(2) relevant portions of the defendant's United States Department of Labor (DOL), Office of Workers Compensation Programs claim file;

(3) relevant business records obtained from C&R Auto Sales, Inc., Turkey, NC, pertaining to the defendant's work activities in connection with a vehicle dismantling and parts sales enterprise in

1

Beulaville, NC as described in Count Nine of the Indictment; and

(4) relevant business records obtained from Copart Auto Auctions, Fairfield, CA, pertaining to the defendant's work activities in connection with Little T's Auto Sales, Pink Hill, NC, and T&K Auto Sales, Inc., Jacksonville, NC, as described in Counts One, Three, Five, and seven of the Indictment.

These items of evidence, as previously disclosed to the defense, will be admitted in this case upon a showing of relevance in accordance with Fed. R. Evid. 402.

So ordered. This the _____ 1st day of _September_, 2011.

_James C. Fox_

JAMES C. FOX
SENIOR U.S. DISTRICT JUDGE

2